**No. 55522.**—McKesson & Robbins, Inc. *v.* United States, protest 140836–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the substance passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 55523.**—North American Food Distribg. Co. and Pacific Mutual Sales, Inc. *v.* United States, protests 157641–K and 157658–K (San Francisco).

Opinion by COLE, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as the commodity passed upon in Abstract 50242, the claim of the plaintiffs was sustained.

**No. 55524.**—Railway Express Agency *v.* United States, protest 153519–K (Ogdensburg).

Opinion by COLE, J. An examination of the official papers disclosing nothing to disturb the collector's classification, which was presumptively correct, the protest was overruled.